UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :Criminal No. 3:02CR00185(DJS) |
| | : |
| **LONDON TROY JOHNSON** | : |

**ORDER OF AMENDMENT OF JUDGMENT**
**REDUCING TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(C)**

On December 16, 2003, this court sentenced the Defendant, London Troy Johnson, to a term of imprisonment of 100 months. The Defendant has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). (Dkt. # 32.) The Defendant's motion **(dkt. # 32)** is **GRANTED**.

Pursuant to 18 U.S.C. § 3582(c)(2); Amendment 706 in Appendix C to the U.S. Sentencing Guidelines Manual, providing for a lower guidelines sentencing range for certain offenses involving crack cocaine; and the policy statement contained in Guidelines § 1B1.10, the application notes thereto, and all applicable policy statements issued by the Sentencing Commission,

**IT IS ORDERED**, after considering the Addendum to the Presentence Report and Sentencing Recommendation submitted by the United States Federal Probation Department for the District of Connecticut, the reduced Guidelines sentencing range indicated below, and the factors set forth in 18 U.S.C. § 3553(a), that the Defendant's term of imprisonment be reduced as follows:

The Defendant's previously determined sentencing range,

based upon a total offense level of 25 and a criminal history category of V, was 100 to 125 months.  The Defendant's amended and reduced sentencing range, using the amended Guidelines range that would have been applicable to the Defendant if Amendment 706 had been in effect at the time the Defendant was sentenced, and leaving all other Guideline application decisions unaffected, is 84 to 100 months, which is based upon a total offense level of 23 and a criminal history category of V.  Pursuant to Guidelines § 1B1.10(b), in no event may a reduced term of imprisonment resulting from the application of 18 U.S.C. § 3582(c)(2) be less than the term of imprisonment a defendant has already served.

Therefore, the Defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) **(dkt. # 32)** is **GRANTED.  It is hereby ORDERED that the Defendant's term of imprisonment contained in the judgment (dkt. # 30) entered by the court in the above-entitled case be reduced to a total term of eighty-four (84) months, or, if this reduced term is less than the term of imprisonment the Defendant has already served, to time served.** The court finds that this reduction is consistent with the applicable policy statements issued by the Sentencing Commission. **All other provisions of the original judgment, including a**

supervised release term of four years and the conditions thereof, shall remain intact.  The effective date of this order shall be March 16, 2008.


       **SO ORDERED** this <u>6th</u> day of March, 2008.



                                                /s/DJS
                              _____

                            **DOMINIC J. SQUATRITO**
                        **UNITED STATES DISTRICT JUDGE**